# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | CV 19-6018-DMG (PLAx) | Date | May 27, 2021 |
|---|---|---|---|

| Title | *Anheuser-Busch, LLC v. State Farm Mutual Automobile Insurance Company, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On September 5, 2019, the Court ordered the parties participate in a mediation conference. [Doc. # 19.] As required by the Court's March 29, 2021 Order, a joint status report re settlement was due at the time of the filing of trial documents. [Doc. # 47.] To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **June 3, 2021**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.