# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANHEUSER-BUSCH, LLC, | Case No. CV 19-6018-DMG (PLAx) |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [51]** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM GENERAL INSURANCE COMPANY and DOES 1-20 inclusive, | |
| Defendants. | |

1       This Court has read and considered the stipulation reached between plaintiff ANHEUSER-BUSCH, LLC ("Plaintiff") and defendants STATE FARM GENERAL INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (collectively referred to as "State Farm"). The stipulation allows for a dismissal of this action against State Farm, so long as the dismissal is with prejudice and each party bears its/their own costs and fees, including attorney's fees.

      The Court APPROVES the stipulation and hereby orders:

      Plaintiff's action against STATE FARM GENERAL INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs. The Order to Show Cause dated May 27, 2021 [Doc. # 50] is DISCHARGED. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: May 28, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE